STATE v. CHARLIE GIBBS.

(Filed 28 February, 1951.)

Appeal by defendant from *Halstead, Special Judge,* September Term, 1950, of Beaufort.

Criminal prosecution tried in the Superior Court, on appeal from Recorder's Court, upon warrant charging defendant with aiding and

abetting in the unlawful possession and transportation of intoxicating nontax-paid whiskey.

Verdict: Guilty as charged in the warrant.

Judgment: Pronounced.

Defendant appeals to Supreme Court, assigning errors.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*

*LeRoy Scott and H. S. Ward for defendant, appellant.*

PER CURIAM. Due consideration has been given to all assignments of error presented by the defendant on this appeal, and cause for disturbing the judgment below is not made to appear. Therefore we find

No error.